United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LAUREE THOMAS, § | |
| § | |
| Plaintiff. § | |
| § | |
| V. § | 3:25-cv-209 |
| § | |
| MAJKA WOODS *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 8, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. On September 17, 2025, Judge Edison filed an order and memorandum and recommendation. Dkt. 32. As to the order, Judge Edison granted the plaintiff's motion for leave to file a first amended complaint, Dkt. 28, and denied the defendants' motion to stay discovery. Dkt. 21. Judge Edison then recommended that the defendants' motion to dismiss, Dkt. 14, be granted in part and denied in part, and that the court *sua sponte* dismiss certain claims advanced in the plaintiff's amended complaint. Dkt. 32 at 9–10.

The plaintiff filed a brief in support of the memorandum and recommendation, but no objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 32, is approved and adopted in its entirety as the holding of the court;

(2) The individual defendants' motion to dismiss, Dkt. 14, is granted as to the plaintiff's ADEA claims against the individual defendants in their official capacities and her Title VII and ADEA claims against the individual defendants in their individual capacities;

(3) In all other respects, the individual defendants' motion to dismiss, Dkt. 14, is denied as moot;

(4) The court *sua sponte* dismisses (i) the plaintiff's § 1981 and § 1983 claims against the individual defendants in their official capacities; and (ii) the plaintiff's ADEA, § 1981, and § 1983 claims against the University of Texas Medical Branch, based on Eleventh Amendment immunity.

SIGNED in the City of El Paso this 9th day of October, 2025.

```
                              _____
                                  JEFFREY VINCENT BROWN
                              UNITED STATES DISTRICT JUDGE
```