United States District Court
Southern District of Texas
**ENTERED**
December 17, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LAUREE THOMAS, | § § | |
| Plaintiff. | § § | |
| V. | § § | 3:25-cv-209 |
| MAJKA WOODS, *et al.*, | § § | |
| Defendants. | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 8, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. On November 25, 2025, Judge Edison filed a memorandum opinion, order, and recommendation in which he granted the plaintiff's request to file a second amended complaint and recommended denying the defendants' motion to dismiss, Dkt. 54, as moot. Dkt. 75 at 2.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 75, is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motion to dismiss, Dkt. 54, is denied as moot.

SIGNED on Galveston Island this 17th day of December, 2025.

                                                   JEFFREY VINCENT BROWN
                                                   UNITED STATES DISTRICT JUDGE