United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| LAUREE THOMAS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | 3:25-cv-209 |
| | § | |
| MAJKA WOODS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On July 8, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on March 18, 2026, recommending that the defendants' second amended motion to dismiss the plaintiff's second amended complaint, Dkt. 79, be granted. Dkt. 87.

On March 31, 2026, the plaintiff filed her objections to the memorandum and recommendation, including an alternative request for leave to file a third amended complaint. Dkt. 89. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1)   Judge Edison's memorandum and recommendation, Dkt. 87, is approved and adopted in its entirety as the holding of the court;

(2)   The defendants' second amended motion to dismiss the plaintiff's second amended complaint, Dkt. 79, is granted; and

(3)   The plaintiff has had two chances to amend her complaint. Her request for leave to amend a third time is denied.

SIGNED on Galveston Island this 6th day of April 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2